UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NELSON WOLFE AND**
**JANET WOLFE,**

    **Plaintiffs,**

**vs.**                                    **CASE NO.:  4:20cv213-MW/MJF**

**NATIONAL SPECIALTY**
**INSURANCE COMPANY,**

    **Defendant,**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby states as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Date: 6/10/2021

*Ryan Jaghab*
_____

Ryan T. Jaghab, Esq.
Florida Bar No. 125037
Morgan and Morgan
76 S. Laura St., Suite.1100
Jacksonville, FL  32202
Telephone:  (904) 361-7196
Facsimile:  (904) 361-4489
E-mail: rjaghab@forthepeople.com
Attorneys for Plaintiff

    /s/ Erica Arend
_____
Erica A. Arend, Esq.
Florida Bar No. 0039594
Rolfes Henry
5577 Broadcast Ct.
Sarasota, FL 34240
Telephone: (941) 684-0100
Facsimile: (941) 684-0109
Email: earend@rolfeshenry.com
Attorney for Defendant