# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NELSON WOLFE and**
**JANET WOLFE,**

    *Plaintiff*,

v.                                                     Case No.:  4:20cv213-MW/MJF

**NATIONAL SPECIALTY**
**INSURANCE COMPANY,**

    *Defendant*.

_____/

## ORDER CLOSING THE FILE

    The parties have filed a stipulation for dismissal with prejudice. ECF No. 32. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk must close the file.

    **SO ORDERED on June 10, 2021.**

                                                         **s/Mark E. Walker              **
                                                         **United States District Judge**